# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,                                    Crim No.007-278(9) (PAM/AJB)

                       Plaintiff,

v.                                                                                            **ORDER**


Alvin Bernell Moore,

                       Defendant.

---

This matter is before the Court on Defendant's request that the Court amend his sentence to specify that his federal sentence is to run concurrently with his subsequently imposed state sentence. The Government has no objection to Defendant's request. Defendant also asks the Court to ensure that the Bureau of Prisons gives him credit for the time he has served in state custody. Such credit is a matter of Bureau of Prisons' policy and the Court has no jurisdiction over it.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's sentencing judgment is **AMENDED** to provide that his federal sentence shall run concurrently to any state sentence.


Dated: <u>Monday, November 2, 2009</u>

                                 *s/ Paul A. Magnuson*
                                 Paul A. Magnuson
                                 United States District Court Judge